UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-61227-CIV-COOKE-McALILEY

EDGARDO RODRIGUEZ, )
)
    Plaintiff, )
)
v. )
)
NIELSEN MEDIA RESEARCH, INC., and )
VNU BUSINESS MEDIA, INC., a/k/a )
VNU, INC., )
    Defendants. )
_____)

### NOTICE OF CHANGE OF ADDRESS

YOU ARE HEREBY NOTIFIED that the law firm of Epstein Becker & Green, P.C. will relocate its office as of November 1, 2004 to the following address:

EPSTEIN BECKER & GREEN, P.C.
Wachovia Financial Center, Suite 2100
200 South Biscayne Boulevard
Miami, Florida 33131
Phone: 305-982-1520
Fax: 305-982-1521

Please direct all further papers and pleadings to the above address.

EPSTEIN BECKER & GREEN, P.C.

10th Floor - Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 373-4088
(305) 373-4083 (Fax)

By /s/ Michael W. Casey
Michael W. Casey, III
Florida Bar No. 0141430
Counsel for Defendants



MI:4777v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been furnished to attorney for Plaintiff Mark M. Berkley, Esquire, 385 West 49th Street, Suite C, Hialeah, FL 33012, by mail, this 29th day of October, 2004.

Michael W. Casey, III